# Exhibit "A"

Logout  Search Menu  New District Civil Search  Back                    Location : District Court Civil    Help

# REGISTER OF ACTIONS
## CASE NO. 06A515417

| | |
|---|---|
| Hotels Nevada LLC, Inns Nevada Llc, et al vs L A Pacific Center Inc, Richard Alter | § § § § § § |

| | |
|---|---|
| Case Type: | **Title to Property** |
| Subtype: | **Quiet Title** |
| Date Filed: | **01/06/2006** |
| Location: | **Department 7** |
| Conversion Case Number: | **A515417** |

---

### PARTY INFORMATION

| | **Lead Attorneys** |
|---|---|
| **Conversion ENo Convert Value @ 06A515417**<br>Removed: 04/24/2009<br>Converted From Blackstone | |
| **Counter ClairL A Pacific Center Inc** | Coffing, Terry A.<br>*Retained* |
| **Counter DefeHabash, Louis A** | James, Mark Alden<br>*Retained* |
| **Counter DefeHotels Nevada LLC** | Kemp, William Simon<br>*Retained* |
| **Counter DefeInns Nevada LLC** | Kemp, William Simon<br>*Retained* |
| **Counter DefeSilverleaf Development LLC** | |
| **Defendant**    Alter, Richard | Coffing, Terry A.<br>*Retained* |
| **Defendant**    L A Pacific Center Inc | Coffing, Terry A.<br>*Retained* |
| **Plaintiff**    Hotels Nevada LLC | James, Mark Alden<br>*Retained* |
| **Plaintiff**    Inns Nevada Llc | James, Mark Alden<br>*Retained* |
| **Plaintiff**    Silverleaf Development LLC | James, Mark Alden<br>*Retained* |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

**11/21/2008**  **Clerk's Certificate** (Judicial Officer: Williams, Timothy C.)
Converted Disposition:
    Entry Date & Time: 11/24/2008  @  14:16
    Description: CLERK'S CERTIFICATE REVERSED/REMANDED
    Debtor: Hotels Nevada LLC
    Creditor: L A Pacific Center Inc
    Amount Awarded: $0.00
    Attorney Fees: $0.00
    Costs: $0.00
    Interest Amount: $0.00
    Total: $0.00

**11/21/2008**  **Clerk's Certificate** (Judicial Officer: Williams, Timothy C.)
Converted Disposition:
    Entry Date & Time: 11/24/2008  @  14:17
    Description: CLERK'S CERTIFICATE REVERSED/REMANDED
    Debtor: Inns Nevada Llc
    Creditor: L A Pacific Center Inc
    Amount Awarded: $0.00
    Attorney Fees: $0.00
    Costs: $0.00
    Interest Amount: $0.00
    Total: $0.00

**11/21/2008**  **Clerk's Certificate** (Judicial Officer: Williams, Timothy C.)
Converted Disposition:
    Entry Date & Time: 11/24/2008  @  14:17
    Description: CLERK'S CERTIFICATE REVERSED/REMANDED
    Debtor: Silverleaf Development LLC
    Creditor: L A Pacific Center Inc
    Amount Awarded: $0.00
    Attorney Fees: $0.00
    Costs: $0.00
    Interest Amount: $0.00
    Total: $0.00

**11/21/2008**  **Clerk's Certificate** (Judicial Officer: Williams, Timothy C.)
Converted Disposition:
    Entry Date & Time: 11/24/2008  @  14:18
    Description: CLERK'S CERTIFICATE REVERSED/REMANDED
    Debtor: Hotels Nevada LLC
    Creditor: Alter, Richard
    Amount Awarded: $0.00
    Attorney Fees: $0.00
    Costs: $0.00
    Interest Amount: $0.00
    Total: $0.00

**11/21/2008**  **Clerk's Certificate** (Judicial Officer: Williams, Timothy C.)
Converted Disposition:
    Entry Date & Time: 11/24/2008  @  14:18
    Description: CLERK'S CERTIFICATE REVERSED/REMANDED
    Debtor: Inns Nevada Llc
    Creditor: Alter, Richard
    Amount Awarded: $0.00
    Attorney Fees: $0.00
    Costs: $0.00
    Interest Amount: $0.00
    Total: $0.00

**11/21/2008**  **Clerk's Certificate** (Judicial Officer: Williams, Timothy C.)
Converted Disposition:
    Entry Date & Time: 11/24/2008  @  14:19
    Description: CLERK'S CERTIFICATE REVERSED/REMANDED
    Debtor: Silverleaf Development LLC
    Creditor: Alter, Richard
    Amount Awarded: $0.00
    Attorney Fees: $0.00
    Costs: $0.00
    Interest Amount: $0.00
    Total: $0.00

**OTHER EVENTS AND HEARINGS**

**01/06/2006**  **Complaint**

|  | *COMPLAINT FILED Fee $208.00* |
|---|---|
|  | 06A5154170001.tif pages |
| 01/06/2006 | **Demand for Jury Trial** |
|  | *DEMAND FOR JURY TRIAL* |
|  | 06A5154170002.tif pages |
| 01/06/2006 | **Initial Appearance Fee Disclosure** |
|  | *INITIAL APPEARANCE FEE DISCLOSURE* |
|  | 06A5154170003.tif pages |
| 01/06/2006 | **Lis Pendens** |
|  | *NOTICE OF LIS PENDENS* |
|  | 06A5154170004.tif pages |
| 01/06/2006 | **Lis Pendens** |
|  | *NOTICE OF LIS PENDENS* |
|  | 06A5154170006.tif pages |
| 01/06/2006 | **Lis Pendens** |
|  | *NOTICE OF LIS PENDENS* |
|  | 06A5154170007.tif pages |
| 01/11/2006 | **Supplemental** |
|  | *SUPPLEMENT TO COMPLAINT FOR QUIET TITLE APPOINTMENT OF RECEIVERRESCISSION BASED ON FRAUD CANCELLATION OF WRITTEN INSTRUMENTS BASED ON ILLEGALITY CIVIL CONSPIRACY AND INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE* |
|  | 06A5154170008.tif pages |
| 02/09/2006 | **Appearance** |
|  | *APPEARANCE* |
|  | 06A5154170009.tif pages |
| 02/09/2006 | **Motion** |
|  | *DEFT'S MTN TO EXPUNGE LIS PENDENS* |
|  | 06A5154170010.tif pages |
| 02/09/2006 | **Initial Appearance Fee Disclosure** |
|  | *INITIAL APPEARANCE FEE DISCLOSURE* |
|  | 06A5154170011.tif pages |
| 02/13/2006 | **Motion** |
|  | *DEFT LA PACIFIC CENTER'S MTN TO ASSOCIAT E COUNSEL (MIGUEL SANQUI ESQ)/02* |
|  | 06A5154170012.tif pages |
| 02/13/2006 | **Motion** |
|  | *DEFT'S MTN TO CANCEL LIS PENDENS /03* |
|  | 06A5154170013.tif pages |
| 02/14/2006 | **Motion** |
|  | *PLTFS' MTN FOR EXPEDITED DISCOVERY PRIOR TO LIS PENDENS HEARING/4* |
|  | 06A5154170014.tif pages |
| 02/14/2006 | **Certificate** |
|  | *CERTIFICATE OF FACSIMILE* |
|  | 06A5154170015.tif pages |
| 02/15/2006 | **Motion** |
|  | *PLTFS' MTN TO EXPEDITE TRIAL SETTING/5* |
|  | 06A5154170016.tif pages |
| 02/15/2006 | **Errata** |
|  | *LA PACIFIC CENTER INCS ERRATA TO MOTION TO EXPUNGE LIS PENDENS ON AN ORDER SHORTENING TIME* |
|  | 06A5154170017.tif pages |
| 02/16/2006 | **Ex Parte** |
|  | *EX PARTE APPLICATION FOR ORDER SHORTENING TIME ORDER SHORTENING TIME* |
|  | 06A5154170018.tif pages |
| 02/17/2006 | **Certificate** |
|  | *CERTIFICATE OF SERVICE* |
|  | 06A5154170019.tif pages |
| 02/17/2006 | **Receipt of Copy** |
|  | *RECEIPT OF COPY* |
|  | 06A5154170020.tif pages |
| 02/22/2006 | **Opposition** |
|  | *LA PACIFIC CENTERS OPPOSITION TO MOTION FOR EXPEDITED DISCOVERY PRIOR TO LIS PENDENS HEARING* |
|  | 06A5154170022.tif pages |
| 02/23/2006 | **Conversion Case Event Type** |
|  | *EVIDENTIARY HEARING: ISSUE OF EXPUNGING LIS PENDENS (3/6/06 VL)* |
|  | 06A5154170021.tif pages |
| 02/23/2006 | **Motion**  (9:30 AM) (Judicial Officer Adair, Valerie) |
|  | *PLTFS' MTN FOR EXPEDITED DISCOVERY PRIORTO LIS PENDENS HEARING/4 Court Clerk: Denise Husted Reporter/Recorder: Julie Lever Heard By: Valerie Adair* |
|  | Parties Present |
|  | Minutes |
|  | Result: Matter Heard |
| 02/24/2006 | **Notice** |
|  | *NOTICE OF DEPOSITION OF RICHARD ALTER* |
|  | 06A5154170023.tif pages |
| 02/24/2006 | **Commission to Take Deposition Outside the State of Nevada** |
|  | *COMMISSION TO TAKE DEPOSITION OUTSIDE THE STATE OF LINDA PEH* |

|            | 06A5154170024.tif pages |
| 02/24/2006 | **Notice** |
|            | *NOTICE OF DEPOSITION OF LINDA PEH* |
|            | 06A5154170025.tif pages |
| 02/24/2006 | **Application** |
|            | *APPLICATION FOR ISSUANCE OF COMMISSION TO TAKE DEPOSITION OUT OF STATE OF LINDA PEH* |
|            | 06A5154170026.tif pages |
| 02/24/2006 | **Application** |
|            | *APPLICATION FOR ISSUANCE OF COMMISSION TO TAKE DEPOSITION OUT OF STATE OF RICHARD ALTER* |
|            | 06A5154170027.tif pages |
| 02/24/2006 | **Commission to Take Deposition Outside the State of Nevada** |
|            | *COMMISSION TO TAKE DEPOSITION OUTSIDE THE STATE OF RICHARD ALTER* |
|            | 06A5154170028.tif pages |
| 02/27/2006 | **Motion to Associate Counsel**  (3:00 AM) (Judicial Officer Adair, Valerie) |
|            | *DEFT LA PACIFIC CENTER'S MTN TO ASSOCIATE COUNSEL (MIGUEL SANQUI ESQ)/02 Court Clerk: Denise Husted Heard By: Valerie Adair* |
|            | Minutes |
|            | Result: Motion Granted |
| 02/28/2006 | **Three Day Notice of Intent to Default** |
|            | *THREE DAY NOTICE OF INTENT TO TAKE DEFAULT* |
|            | 06A5154170029.tif pages |
| 03/02/2006 | **Motion to Cancel Lis Pendens**  (9:30 AM) () |
|            | *DEFT'S MTN TO CANCEL LIS PENDENS /03 Heard By: John McGroarty* |
|            | Result: Continuance Granted |
| 03/03/2006 | **Motion** |
|            | *DEFT'S MTN TO ASSOCIATE COUNSEL /7* |
|            | 06A5154170030.tif pages |
| 03/03/2006 | **Amended Notice** |
|            | *AMENDED NOTICE OF DEPOSITION OF RICHARD ALTER* |
|            | 06A5154170032.tif pages |
| 03/03/2006 | **Amended Notice** |
|            | *AMENDED NOTICE OF DEPOSITION OF LINDA PEH* |
|            | 06A5154170033.tif pages |
| 03/07/2006 | **Opposition** |
|            | *LA PACIFIC CENTERS OPPOSITION TO MOTION TO EXPEDITE TRIAL SETTING* |
|            | 06A5154170034.tif pages |
| 03/08/2006 | **Demand** |
|            | *DEFENDANT L A PACIFIC CENTER INCS DEMAND FOR COST BOND PURSUANT TO NRS 18.130* |
|            | 06A5154170035.tif pages |
| 03/09/2006 | **Order** |
|            | *ORDER PARTIALLY GRANTING PLAINTIFFS MOTION TO EXPEDITE DISCOVERY ON AN ORDER SHORTENING TIME* |
|            | 06A5154170036.tif pages |
| 03/09/2006 | **Opposition** |
|            | *PLAINTIFFS OPPOSITION TO MOTIN TO ASSOCIATE COUNSEL ON ORDER SHORTENING TIME* |
|            | 06A5154170037.tif pages |
| 03/09/2006 | **Notice** |
|            | *NOTICE OF FILING SECURITY FOR COSTS* |
|            | 06A5154170038.tif pages |
| 03/09/2006 | **Conversion Case Event Type** |
|            | *CASH BOND #219353 $1,000.00* |
|            | 06A5154170039.tif pages |
| 03/10/2006 | **Return** |
|            | *RETURN OF SERVICE* |
|            | 06A5154170040.tif pages |
| 03/10/2006 | **Reply** |
|            | *REPLY TO OPPOSITION TO MOTION TO ASSOCIATE COUNSEL* |
|            | 06A5154170041.tif pages |
| 03/13/2006 | **Notice of Entry of Order** |
|            | *NOTICE OF ENTRY OF ORDER* |
|            | 06A5154170042.tif pages |
| 03/13/2006 | **Notice of Entry of Order** |
|            | *NOTICE OF ENTRY OF ORDER* |
|            | 06A5154170043.tif pages |
| 03/13/2006 | **Order** |
|            | *ORDER ADMITTING TO PRACTICE* |
|            | 06A5154170044.tif pages |
| 03/13/2006 | **Order** |
|            | *ORDER ADMITTING TO PRACTICE* |
|            | 06A5154170045.tif pages |
| 03/13/2006 | **Motion to Associate Counsel**  (3:00 AM) () |
|            | *DEFT'S MTN TO ASSOCIATE COUNSEL /7 Court Clerk: Nancy Noble Reporter/Recorder: Peggy Isom Heard By: John McGroarty* |
|            | Parties Present |
|            | Minutes |

| | |
|---|---|
| | Result: Motion Granted |
| 03/14/2006 | **Stipulation and Order** |
| | *STIPULATION AND ORDER REGARDING DEPOSITIONS OF LINDA PEH AND RICHARD ALTER AND BRIEFING SCHEDULE FOR MOTION TO EXPEDITE DISCOVERY* |
| | 06A5154170046.tif pages |
| 03/14/2006 | **Reply** |
| | *REPLY IN SUPPORT OF MOTION TO EXPEDITE TRIAL SETTING* |
| | 06A5154170047.tif pages |
| 03/15/2006 | **Motion** |
| | *PLTF'S MTN FOR IMMED FORENSIC INSPECTION OF OFFICE COMPUTER SERVER/8* |
| | 06A5154170048.tif pages |
| 03/16/2006 | **Motion** |
| | *PLTFS' MTN FOR IMMEDIATE FORENSIC INSPEC OFFICE COMPUTER AND OFFICE SERVER/09* |
| | 06A5154170049.tif pages |
| 03/16/2006 | **Ex Parte** |
| | *EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON MOTION FOR IMMEDIATERECOVER DESTROYED EVIDENCE ORDER SHORTENING TIME FORENSIC INSPECTION OF OFFICE COMPUTER AND OFFICE SERVER FOR RICHARD ALTER TO* |
| | 06A5154170050.tif pages |
| 03/16/2006 | **Supplemental** |
| | *SUPPLEMENT TO OPPOSITION TO MOTION TO EXPEDITE TRIAL SETTING* |
| | 06A5154170051.tif pages |
| 03/16/2006 | **Motion to Cancel Lis Pendens**  (9:30 AM) () |
| | *DEFT'S MTN TO EXPUNGE LIS PENDENS Heard By: John McGroarty* |
| | Result: Continuance Granted |
| 03/17/2006 | **Amended** |
| | *AMENDED THREE DAY NOTICE OF INTENT TO TAKE DEFAULT* |
| | 06A5154170052.tif pages |
| 03/17/2006 | **Certificate** |
| | *CERTIFICATE OF SERVICE* |
| | 06A5154170054.tif pages |
| 03/17/2006 | **Reply** |
| | *REPLY TO SUPPLEMENT TO OPPOSITION TO MOTION TO EXPEDITE TRIAL SETTING* |
| | 06A5154170055.tif pages |
| 03/20/2006 | **Motion** |
| | *DEFT'S MTN TO DISMISS OR MTN TO STAY PROCEEDING/10* |
| | 06A5154170053.tif pages |
| 03/20/2006 | **Motion** |
| | *ALL PENDING MOTIONS* |
| | 06A5154170058.tif pages |
| 03/20/2006 | **Motion to Cancel Lis Pendens**  (9:30 AM) () |
| | *DEFT'S MTN TO EXPUNGE LIS PENDENS Heard By: John McGroarty* |
| | Result: Continuance Granted |
| 03/20/2006 | **Motion to Cancel Lis Pendens**  (9:30 AM) () |
| | *DEFT'S MTN TO CANCEL LIS PENDENS /03 Heard By: John McGroarty* |
| | Result: Continuance Granted |
| 03/20/2006 | **Motion**  (3:00 AM) (Judicial Officer Adair, Valerie) |
| | *PLTFS' MTN FOR EXPEDITED DISCOVERY PRIORTO LIS PENDENS HEARING/4 Court Clerk: Denise Husted Reporter/Recorder: Julie Lever Heard By: Valerie Adair* |
| | Result: Continuance Granted |
| 03/20/2006 | **Motion**  (3:00 AM) () |
| | *PLTFS' MTN TO EXPEDITE TRIAL SETTING/5 Court Clerk: Nancy Noble Heard By: John McGroarty* |
| | <u>Minutes</u> |
| | Result: Denied |
| 03/20/2006 | *CANCELED*   **Evidentiary Hearing**  (9:30 AM) () |
| | *Vacated* |
| | Result: Matter Heard |
| 03/20/2006 | **All Pending Motions**  (1:00 PM) () |
| | *ALL PENDING MOTIONS Court Clerk: Willa Pettice Heard By: JOHN MCGROARTY* |
| | <u>Parties Present</u> |
| | <u>Minutes</u> |
| | Result: Matter Heard |
| 03/21/2006 | **Conversion Case Event Type** |
| | *EVIDENTIARY HEARING/DEFT'S MTN TO CANCEL /DEFT'S MTN TO EXPUNGE LIS PENDENS* |
| | 06A5154170056.tif pages |
| 03/21/2006 | **Motion** |
| | *PLTFS' COUNTERMTN TO STRIKE AFFIDAVIT /12* |
| | 06A5154170057.tif pages |
| 03/21/2006 | **Affidavit in Support** |
| | *DECLARATION OF J DOUGLAS DRIGGS JR IN SUPPORT OF OPPOSITION TO MOTION TO EXPUNGE AND EXHIBITS 1 THROUGH 5* |
| | 06A5154170059.tif pages |
| 03/21/2006 | **Affidavit in Support** |
| | *EXHIBITS 6 THROUGH 9 TO DECLARATION OF J DOUGLAS DRIGGS JR IN SUPPORT OF OPPOSITION TO MOTION* |

|  | *TO EXPUNGE* |
|  | 06A5154170060.tif pages |
| 03/21/2006 | **Affidavit** |
|  | *AFFIDAVIT OF RIC TRUESDELL* |
|  | 06A5154170061.tif pages |
| 03/21/2006 | **Supplemental** |
|  | *EXHIBIT SUPPLEMENT TO OPPOSITION TO MOTION TO EXPUNGE LIS PENDENS DEPOSITION OF RICHARD ALTER AND VOLUME 1 OF EXHIBITS THERETO* |
|  | 06A5154170062.tif pages |
| 03/21/2006 | **Supplemental** |
|  | *EXHIBITS SUPPLEMENT TO OPPOSITION TO MOTION TO EXPUNGE LIS PENDENS VOLUMES II AND III OF EXHIBITS TO DEPOSITION OF RICHARD ALTER* |
|  | 06A5154170063.tif pages |
| 03/21/2006 | **Supplemental** |
|  | *EXHIBIT SUPPLEMENT TO OPPOSITION TO MOTION TO EXPUNGE LIS PENDENS VOLUMES IV AND V OF EXHIBITS TO DEPOSITION OF LINDA PEH* |
|  | 06A5154170064.tif pages |
| 03/21/2006 | **Supplemental** |
|  | *EXHIBIT SUPPLEMENT TO OPPOSITION TO MOTION TO EXPUNGE LIS PENDENS VOLUMES VI AND VII TO DEPOSITION OF LINDA PEH* |
|  | 06A5154170065.tif pages |
| 03/21/2006 | **Supplemental** |
|  | *EXHIBIT SUPPLEMENT TO OPPOSITION TO MOTION TO EXPUNGE LIS PENDENS DEPOSITION OF LINDA PEH AND VOLUME 1 OF EXHIBITS THERETO* |
|  | 06A5154170066.tif pages |
| 03/21/2006 | **Supplemental** |
|  | *EXHIBIT SUPPLEMENT TO OPPOSITION TO MOTION TO EXPUNGE LIS PENDENS VOLUMENS II AND III OF EXHIBITS TO DEPOSITION OF LINDA PEH* |
|  | 06A5154170067.tif pages |
| 03/24/2006 | **Opposition** |
|  | *OPPOSITION TO MOTION FOR IMMEDIATE FORENSIC INSPECTION OF OFFICE COMPUTER AND OFFICE SERVER FOR RICHARD ALTER TO RECOVER DESTROYED EVIDENCE* |
|  | 06A5154170071.tif pages |
| 03/24/2006 | **Notice** |
|  | *NOTICE OF FILING ORIGINAL SIGNATURE* |
|  | 06A5154170072.tif pages |
| 03/24/2006 | **Reply** |
|  | *DEFENDANT L A PACIFIC CENTER INCS REPLY IN SUPPORT OF MOTION TO EXPUNGE LIS PENDENS* |
|  | 06A5154170073.tif pages |
| 03/24/2006 | **Opposition** |
|  | *DEFENDANTS OPPOSITION TO COUNTERMOITON TO STRIKE AFFIDAVIT OF ROBERT DEMARCO ESQ IN SUPPORT OF L A PACIFIC CENTER INCS MOTION TO EXPUNGE LIS PENDENS* |
|  | 06A5154170075.tif pages |
| 03/24/2006 | **Objection** |
|  | *OBJECTION TO DECLARATION OF J DOUGLAS DRIGGS JR IN SUPPORT OF OPPOSITION TO MOTION TO EXPUNGE* |
|  | 06A5154170076.tif pages |
| 03/24/2006 | **Objection** |
|  | *OBJECTION TO DECLARATION OF LOUIS HABASH IN SUPPORT OF OPPOSITION TO MOTION TO EXPUNGE* |
|  | 06A5154170077.tif pages |
| 03/27/2006 | **Motion to Cancel Lis Pendens**  (9:00 AM) () |
|  | *DEFT'S MTN TO EXPUNGE LIS PENDENS Heard By: John McGroarty* |
|  | Result: Denied |
| 03/27/2006 | **Motion to Cancel Lis Pendens**  (9:30 AM) () |
|  | *DEFT'S MTN TO CANCEL LIS PENDENS /03 Heard By: John McGroarty* |
|  | Result: Moot |
| 03/27/2006 | **Motion**  (3:00 AM) () |
|  | *PLTFS' MTN FOR IMMEDIATE INSPECOFFICE COMPUTER AND OFFICE SERVER/09* |
| 03/27/2006 | **Evidentiary Hearing**  (9:30 AM) () |
|  | *EVIDENTIARY HEARING/DEFT'S MTN TO CANCEL/DEFT'S MTN TO EXPUNGE LIS PENDENS* |
| 03/27/2006 | **Motion to Strike**  (9:30 AM) () |
|  | *PLTFS' COUNTERMTN TO STRIKE AFFIDAVIT /12 Heard By: John McGroarty* |
|  | Result: Motion Granted |
| 03/27/2006 | **All Pending Motions**  (9:30 AM) () |
|  | *ALL PENDING MOTIONS (3/27/06) Court Clerk: Nancy Noble Reporter/Recorder: Peggy Isom Heard By: John McGroarty* |
|  | Parties Present |
|  | Minutes |
|  | Result: Matter Heard |
| 03/28/2006 | **Motion** |
|  | *ALL PENDING MOTIONS (3/27/06)* |
|  | 06A5154170074.tif pages |
| 03/28/2006 | **Order Denying** |
|  | *ORDER DENYING DEFENDANT LA PACIFIC CENTER INCS MOTION TO EXPUNGELIS PENDENS AND GRANTING PLAINTIFFS COUNTERMOTION TO STRIKE AFFIDAVIT OF ROBERT DE MARCO* |
|  | 06A5154170078.tif pages |
| 03/29/2006 | **Notice of Entry of Order** |

|            | *NOTICE OF ENTRY OF ORDER* |
|            | 06A5154170079.tif pages |
| 03/30/2006 | **Reporter's Transcript** |
|            | *REPORTER'S TRANSCRIPT* |
|            | 06A5154170080.tif pages |
| 03/30/2006 | **Order** |
|            | *ORDER* |
|            | 06A5154170081.tif pages |
| 03/30/2006 | **Reporter's Transcript** |
|            | *REPORTER'S TRANSCRIPT OF MOTIONS* |
|            | 06A5154170082.tif pages |
| 03/31/2006 | **Notice of Entry of Order** |
|            | *NOTICE OF ENTRY OF ORDER* |
|            | 06A5154170083.tif pages |
| 04/06/2006 | **Opposition** |
|            | *OPPOSITION TO DEFENDANTS MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO STAY THE PROCEEDINGS* |
|            | 06A5154170084.tif pages |
| 04/13/2006 | **Errata** |
|            | *ERRATA TO DEFENDANT L A PACIFIC CENTERS MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO STAY THE PROCEEDINGS* |
|            | 06A5154170085.tif pages |
| 04/14/2006 | **Reply** |
|            | *REPLY IN SUPPORT OF DEFENDANT L A PACIFIC CENTER INC'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO STAY THE PROCEEDINGS* |
|            | 06A5154170086.tif pages |
| 04/17/2006 | **Motion** |
|            | *DEFT L.A. PACIFIC CENTER'S MTN TO RE- CONSIDER AND/OR CLARIFY RULING* |
|            | 06A5154170087.tif pages |
| 04/17/2006 | **Motion  (3:00 AM) ()** |
|            | *PLTF'S MTN FOR IMMED FORENSIC INSPECTIONOF OFFICE COMPUTER SERVER/8 Court Clerk: Nancy Noble Heard By: John McGroarty* |
|            | <u>Minutes</u> |
|            | Result: Motion Granted |
| 04/20/2006 | **Motion to Dismiss  (9:30 AM) (Judicial Officer Pavlikowski, Joseph)** |
|            | *DEFT'S MTN TO DISMISS OR MTN TO STAY PROCEEDING/10 Heard By: Timothy Williams* |
|            | <u>Minutes</u> |
|            | Result: Continuance Granted |
| 04/21/2006 | **Stipulation and Order** |
|            | *STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS ON IN THEALTERNATIVE STAY THE PROCEEDING TO BE CONSOLIDATEDWITH HEARING ON MOTION TO RECONSIDER AND OR CLARIFY RULING* |
|            | 06A5154170088.tif pages |
| 04/25/2006 | **Notice of Entry of Order** |
|            | *NOTICE OF ENTRY OF ORDER* |
|            | 06A5154170090.tif pages |
| 04/26/2006 | **Motion** |
|            | *DEFT'S MTN TO QUASH SUBPOENA, MTN TO COMPEL/16* |
|            | 06A5154170089.tif pages |
| 04/27/2006 | **Motion** |
|            | *DEFT'S JOINDER TO MTN TO DISMISS* |
|            | 06A5154170091.tif pages |
| 04/27/2006 | **Appearance** |
|            | *APPEARANCE* |
|            | 06A5154170092.tif pages |
| 04/27/2006 | **Initial Appearance Fee Disclosure** |
|            | *INITIAL APPEARANCE FEE DISCLOSURE* |
|            | 06A5154170095.tif pages |
| 04/27/2006 | **Summons** |
|            | *SUMMONS CIVIL* |
|            | 06A5154170096.tif pages |
| 04/27/2006 | **Joinder** |
|            | *DEFENDANT RICHARD ALTERS JOINDER TO L A PACIFIC CENTER INCS MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO STAY THE PROCEEDINGS* |
|            | 06A5154170097.tif pages |
| 04/28/2006 | **Motion** |
|            | *PLTF'S MTN FOR IMMEDIATE INDEPENDENT EXPERT* |
|            | 06A5154170094.tif pages |
| 05/04/2006 | **Opposition** |
|            | *PLAINTIFFS OPPOSITION TO LA PACIFIC CENTERS MOTION TO RECONSIDER AND OR CLARIFY RULING* |
|            | 06A5154170098.tif pages |
| 05/08/2006 | **Conversion Case Event Type** |
|            | *PLTF'S OPPOSITION TO MTN TO QUASH SUBPOENA/19* |
|            | 06A5154170099.tif pages |
| 05/12/2006 | **Substitution of Attorney** |
|            | *SUBSTITUTION OF ATTORNEY FOR DEFENDANT RICHARD ALTER* |

| | |
|---|---|
| | 06A5154170100.tif pages |
| 05/12/2006 | **Substitution of Attorney** |
| | *SUBSTITUTION OF ATTORNEY FOR DEFENDANT LA PACIFIC CENTER INC* |
| | 06A5154170101.tif pages |
| 05/15/2006 | **Opposition** |
| | *OPPOSITION TO MOTION FOR IMMEDIATE INDEPENDENT EXPERT REVIEW OFCOMPUTER HARD DRIVE FOR LIMITED PURPOSES OF CINFURMING THAT THE CORRECT COMPUTER CONTAINING POST MARCH 22 2004 DATA WAS PRODUCED WHERE THE EXAMINED COMPUTER WAS NOT MAD UNTIL MARCH 19 2004* |
| | 06A5154170105.tif pages |
| 05/16/2006 | **Errata** |
| | *ERRATA TO OPPOSITION TO MOTION FOR IMMEDIATE INDEPENDENT EXPERT REVIEW OFCOMPUTER HARD DRIVE FOR LIMITED PURPOSE OF CONFIRMING THAT THE CORRECT COMPUTER CONTAINING POST MARCH 22 2004 DATA WAS PRODUCED WHERE THE EXAMINED COMPUTER WAS NOT MADE UNTIL MARCH 19 2004* |
| | 06A5154170102.tif pages |
| 05/16/2006 | **Reply** |
| | *L A PACIFIC CENTERS REPLY IN SUPPOR OF MOTION TO RECONSIDER AND OR CLARIFY RULING* |
| | 06A5154170106.tif pages |
| 05/17/2006 | **Exhibits** |
| | *PLEADING ACCOMPANYING IN CAMERA SUBMISSION OF EXHIBITS A THROUGH C TO LAPACIFIC CENTERS REPLY IN SUPPORT OF MOTION TO QUASH MOTION TO COMPEL IMMEDIATE RETURN OF DOCUMENTS OBTAINED PURSUANT TO IMPROPER SUBPOENA AND REQUEST FOR SANCTIONS* |
| | 06A5154170103.tif pages |
| 05/17/2006 | **Reply** |
| | *L A PACIFIC CENTERS REPLY IN SUPPORT OF MOTION TO QUASH MOTION TO COMPELIMMEDIATE RETURN OF DOCUMENTS OBTAINED PURSUANT TO IMPROPER SUBPOENA AND REQUEST FOR SANCTIONS* |
| | 06A5154170107.tif pages |
| 05/18/2006 | **Notice** |
| | *NOTICE OF FILING ORIGINAL SIGNATURE* |
| | 06A5154170104.tif pages |
| 05/22/2006 | **Supplemental** |
| | *SUPPLEMENT TO REPLY TO OPPOSITION TO MOTION FOR IMMEDIATE REVIEW OF COMPUTERHARD DRIVE FOR LIMITED PURPOSE OF CONFIRMING THAT THE CORRECT COMPUTER CONTAINING POST MARCH 23 2004 DATA WAS PRODUCED WHERE THE EXAMINED COMPUTER WAS NOT MADE UNTIL MARCH 19 2004* |
| | 06A5154170108.tif pages |
| 05/22/2006 | **Supplemental** |
| | *SUPPLEMENTAL REPLY ADVISING COURT OF PLAINTIFFS REMOVAL AND VENUE TRANSFER REQUEST IN PARALLEL CALIFORNIA ACTION AND REQUEST FOR JUDICIAL NOTICE* |
| | 06A5154170110.tif pages |
| 05/23/2006 | **Motion** |
| | *ALL PENDING MOTIONS 5/23/06* |
| | 06A5154170109.tif pages |
| 05/23/2006 | **Motion to Dismiss**  (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *DEFT'S MTN TO DISMISS OR MTN TO STAY PROCEEDING/10 Heard By: Timothy Williams* |
| | Result: Denied |
| 05/23/2006 | **Motion to Reconsider**  (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *DEFT L.A. PACIFIC CENTER'S MTN TO RE- CONSIDER AND/OR CLARIFY RULING Heard By: Timothy Williams* |
| | Result: Denied |
| 05/23/2006 | **Joinder**  (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *DEFT'S JOINDER TO MTN TO DISMISS Heard By: Timothy Williams* |
| | Result: Denied |
| 05/23/2006 | **All Pending Motions**  (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *ALL PENDING MOTIONS 5/23/06 Court Clerk: Nancy Noble Reporter/Recorder: Peggy Isom Heard By: Timothy Williams* |
| | Parties Present |
| | Minutes |
| | Result: Matter Heard |
| 05/24/2006 | **Motion to Quash**  (9:00 AM) () |
| | *DEFT'S MTN TO QUASH SUBPOENA, MTN TO COMPEL/16 Heard By: Thomas Biggar* |
| | Result: Granted in Part |
| 05/24/2006 | **Motion**  (9:00 AM) () |
| | *PLTF'S MTN FOR IMMEDIATE INDEPENDENT EXPERT Heard By: Thomas Biggar* |
| | Result: Motion Granted |
| 05/24/2006 | **Opposition**  (9:00 AM) () |
| | *PLTF'S OPPOSITION TO MTN TO QUASH SUBPOENA/19 Heard By: Thomas Biggar* |
| | Result: Granted in Part |
| 05/24/2006 | **All Pending Motions**  (9:00 AM) () |
| | *ALL PENDING MOTIONS 5-24-06 Relief Clerk: Judy McFadden Heard By: Thomas Biggar* |
| | Parties Present |
| | Minutes |
| | Result: Matter Heard |
| 05/25/2006 | **Motion**  (9:00 AM) () |
| | *PLTF'S MTN FOR IMMEDIATE INDEPENDENT EXPERT Heard By: Thomas Biggar* |
| | Result: Continuance Granted |
| 05/31/2006 | **Motion** |
| | *ALL PENDING MOTIONS 5-24-06* |

|  |  |
|---|---|
|  | 06A5154170111.tif pages |
| 05/31/2006 | **Order Denying** |
|  | *ORDER DENYING DEFENDANTS MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAYPROCEEDINGS AND ORDER DENYING DEFENDANTS MOTION TO RECONSIDER AND OR CLARIFY RULING* |
|  | 06A5154170112.tif pages |
| 06/01/2006 | **Notice of Entry of Order** |
|  | *NOTICE OF ENTRY OF ORDER* |
|  | 06A5154170113.tif pages |
| 06/28/2006 | **Answer** |
|  | *ANSWER AND COUNTERCLAIM* |
|  | 06A5154170114.tif pages |
| 06/28/2006 | **Answer** |
|  | *ANSWER AND COUNTERCLAIM* |
|  | 06A5154170115.tif pages |
| 06/29/2006 | **Errata** |
|  | *ERRATA TO DEFENDANT COUNTERCLAIMANTS ANSWER AND COUNTERCLAIM* |
|  | 06A5154170116.tif pages |
| 07/03/2006 | **Discovery Commissioners Report and Recommendations** |
|  | *DISCOVERY COMMISSIONERS REPORT AND RECOMMENDATIONS* |
|  | 06A5154170117.tif pages |
| 07/06/2006 | **Notice** |
|  | *NOTICE OF CHANGE OF ZIP CODE* |
|  | 06A5154170118.tif pages |
| 07/12/2006 | **Notice** |
|  | *NOTICE OF CHANGE OF ZIP CODE* |
|  | 06A5154170119.tif pages |
| 07/20/2006 | **Motion** |
|  | *DEFT L.A. PACIFIC INC'S MTN TO COMPEL ARBRITRATION AND STAY/22* |
|  | 06A5154170120.tif pages |
| 07/21/2006 | **Joint Case Conference Report** |
|  | *JOINT CASE CONFERENCE REPORT* |
|  | 06A5154170121.tif pages |
| 07/26/2006 | **Appearance** |
|  | *APPEARANCE* |
|  | 06A5154170122.tif pages |
| 07/26/2006 | **Motion** |
|  | *LOUIS A HABASH'S MTN TO DISMISS COUNTERCLAIM* |
|  | 06A5154170123.tif pages |
| 07/26/2006 | **Motion** |
|  | *PLTFS' & LOUIS HABASH'S MTN TO DISMISS DEFT'S CNTR CLAIM& MTN FOR ATTY FEES/24* |
|  | 06A5154170124.tif pages |
| 07/26/2006 | **Motion** |
|  | *PLTFS' MTN TO DISMISS ABUSE OF PROCESS CNTR CLAIM/25* |
|  | 06A5154170125.tif pages |
| 07/26/2006 | **Initial Appearance Fee Disclosure** |
|  | *INITIAL APPEARANCE FEE DISCLOSURE* |
|  | 06A5154170126.tif pages |
| 07/31/2006 | **Receipt of Copy** |
|  | *RECEIPT OF COPY* |
|  | 06A5154170127.tif pages |
| 07/31/2006 | **Notice** |
|  | *NOTICE OF TAKING DEPOSITION OF CUSTODIAN OF RECORDS OF THE INTERNATIONAL COMMERCIAL BANK OF CHINA LOS ANGELES BRANCH* |
|  | 06A5154170128.tif pages |
| 07/31/2006 | **Application** |
|  | *APPLICATION FOR ISSUANCE OF COMMISSION TO TAKE DEPOSITION OUT OF STATE OFCUSTODIAN OF RECORDS OF THE INTERNATIONAL COMMERCIAL BANK OF CHINA LOS ANGELES BRANCH* |
|  | 06A5154170129.tif pages |
| 07/31/2006 | **Objection** |
|  | *DEFENDANTS OBJECTIONS TO REPORT OF INDEPENDENT EXPERT* |
|  | 06A5154170130.tif pages |
| 08/01/2006 | **Notice** |
|  | *NOTICE OF APPEARANCE OF COUNSEL* |
|  | 06A5154170131.tif pages |
| 08/02/2006 | **Amended Notice** |
|  | *AMENDED NOTICE OF TAKING OF DEPOSITION OF CUSTODIAN OF RECORDS OF THE INTERNATIONAL COMMERCIAL BANK OF CHINA LOS ANGELES BRANCH* |
|  | 06A5154170132.tif pages |
| 08/03/2006 | **Opposition** |
|  | *PLAINTIFFS OPPOSITION TO L A PACIFIC CENTER INCS MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS* |
|  | 06A5154170148.tif pages |
| 08/03/2006 | **Exhibits** |
|  | *APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS OPPOSITION TO L A PACIFIC CENTER INCS MOTION TO COMPEL ARBITRATION AND STAY PROCEDDINGS VOL I* |
|  | 06A5154170149.tif pages |

| | |
|---|---|
| 08/03/2006 | **Exhibits** |
| | *APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS OPPOSITION TO L A PACIFIC CENTER INCS MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS VOL II* |
| | 06A5154170150.tif pages |
| 08/03/2006 | **Exhibits** |
| | *APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS OPPOSITION TO L A PACIFIC CENTER INCS MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS VOL III* |
| | 06A5154170151.tif pages |
| 08/03/2006 | **Exhibits** |
| | *APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS OPPOSITION TO L A PACIFIC CENTER INCS MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS VOL IV* |
| | 06A5154170152.tif pages |
| 08/03/2006 | **Exhibits** |
| | *APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS OPPOSITION TO L A PACIFIC CENTER INCS MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS VOL V* |
| | 06A5154170153.tif pages |
| 08/03/2006 | **Exhibits** |
| | *APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS OPPOSITION TO L A PACIFIC CENTER INCS MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS VOL VI* |
| | 06A5154170154.tif pages |
| 08/03/2006 | **Exhibits** |
| | *APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS OPPOSITION TO L A PACIFIC CENTERS INCS MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS VOL VII* |
| | 06A5154170155.tif pages |
| 08/03/2006 | **Exhibits** |
| | *APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS OPPOSITION TO L A PACIFIC CENTERS INCS MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS VOL VIII* |
| | 06A5154170156.tif pages |
| 08/03/2006 | **Exhibits** |
| | *APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS OPPOSITION TO L A PACIFIC CENTER INCS MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS VOL IX* |
| | 06A5154170157.tif pages |
| 08/03/2006 | **Exhibits** |
| | *APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS OPPOSITION TO L A PACIFIC CENTER INCS MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS VOL X* |
| | 06A5154170158.tif pages |
| 08/04/2006 | **Receipt of Copy** |
| | *RECEIPT OF COPY* |
| | 06A5154170133.tif pages |
| 08/05/2006 | **Receipt of Copy** |
| | *RECEIPT OF COPY* |
| | 06A5154170145.tif pages |
| 08/07/2006 | **Receipt of Copy** |
| | *RECEIPT OF COPY* |
| | 06A5154170134.tif pages |
| 08/07/2006 | **Receipt of Copy** |
| | *RECEIPT OF COPY* |
| | 06A5154170135.tif pages |
| 08/07/2006 | **Notice** |
| | *NOTICE OF FILING ORIGINAL SIGNATURE* |
| | 06A5154170136.tif pages |
| 08/07/2006 | **Reply** |
| | *REPLY BRIEF IN SUPPORT OF L A PACIFICS MOTION TO COOMPEL ARBITRATION AND STAY PROCEEDINGS* |
| | 06A5154170137.tif pages |
| 08/07/2006 | **Receipt of Copy** |
| | *RECEIPT OF COPY* |
| | 06A5154170138.tif pages |
| 08/07/2006 | **Receipt of Copy** |
| | *RECEIPT OF COPY* |
| | 06A5154170139.tif pages |
| 08/07/2006 | **Receipt of Copy** |
| | *RECEIPT OF COPY* |
| | 06A5154170143.tif pages |
| 08/08/2006 | **Receipt of Copy** |
| | *RECEIPT OF COPY* |
| | 06A5154170140.tif pages |
| 08/08/2006 | **Opposition** |
| | *OPPOSITION TO PLAINTIFFS SPECIAL MOTION TO DISMISS COUNTERCLAIM AS A SLAPP PURSUANT TO NRS 41.660* |
| | 06A5154170141.tif pages |
| 08/08/2006 | **Opposition** |
| | *LA PACIFIC CENTER INCS OPPOSITION TO PLAINTIFFS MOTION TO DISMISS ABUSE OF PROCESS CLAIM* |
| | 06A5154170142.tif pages |
| 08/08/2006 | **Opposition** |
| | *OPPOSITION OF COUNTERCLAIMANT L A PACIFIC TO LOUIS HABASHS MOTION TO DISMISS COUNTERCLAIMS* |
| | 06A5154170144.tif pages |

| | |
|---|---|
| 08/08/2006 | **Affidavit** |
| | *AFFIDAVIT OF PATRICIA JO MCLACHLAN* |
| | 06A5154170147.tif pages |
| 08/08/2006 | **Affidavit in Support** |
| | *AFFIDAVIT OF ERIC V ROWEN ESQ IN SUPPORT OF OPPOSITION TO PLAINTIFFS SPECIAL MOTION TO DISMISS COUNTERCLAIM AS A SLAPP PURSUANT TO NRS 41.660* |
| | 06A5154170159.tif pages |
| 08/08/2006 | **Motion to Compel**  (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *DEFT L.A. PACIFIC INC'S MTN TO COMPEL ARBRITRATION AND STAY/22 Court Clerk: Nancy Noble Reporter/Recorder: Peggy Isom Heard By: Timothy Williams* |
| | Parties Present |
| | Minutes |
| | Result: Denied |
| 08/09/2006 | **Discovery Commissioners Report and Recommendations** |
| | *DISCOVERY COMMISSIONERS REPORT AND RECOMMENDATIONS* |
| | 06A5154170146.tif pages |
| 08/10/2006 | **Motion** |
| | *PLTF'S MTN TO REQUIRE PRODUCTION OF KEY DOCUMENTS/26* |
| | 06A5154170160.tif pages |
| 08/16/2006 | **Order Denying** |
| | *ORDER DENYING DEFENDANTS MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS* |
| | 06A5154170167.tif pages |
| 08/17/2006 | **Motion** |
| | *DEFT L.A. PACIFIC'S MTN FOR ORDER TO POST BOND TO MAINTAIN LIS PENDENS/27* |
| | 06A5154170165.tif pages |
| 08/17/2006 | **Motion** |
| | *DEFTS' MTN FOR STAY PENDING APPEAL/28* |
| | 06A5154170166.tif pages |
| 08/17/2006 | **Affidavit** |
| | *SUPPLEMENTAL AFFIDAVIT OF PATRICIA JO MCLACHLAN IN SUPPORT OF DEFENDANTSOPPOSITION TO PLAINTIFFS SPECIAL MOTION TO DISMISS DEFENDANTS COUNTERCLAIM AS A SLAPP PURSUANT TO NRS 41.660* |
| | 06A5154170168.tif pages |
| 08/17/2006 | **Notice of Entry of Order** |
| | *NOTICE OF ENTRY OF ORDER* |
| | 06A5154170169.tif pages |
| 08/17/2006 | **Errata** |
| | *ERRATA TO DEFENDANTS OPPOSITION TO PLAINTIFFS SPECIAL MOTION TO DISMISS DEFENDANTS COUNTERCLAIM AS A SLAPP PURSUANT TO NRS 41.660* |
| | 06A5154170170.tif pages |
| 08/17/2006 | **Receipt of Copy** |
| | *RECEIPT OF COPY* |
| | 06A5154170171.tif pages |
| 08/17/2006 | **Receipt of Copy** |
| | *RECEIPT OF COPY* |
| | 06A5154170172.tif pages |
| 08/24/2006 | **Opposition** |
| | *DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION TO REQQUIRE PRODUCTION OF KEYDOCUMENTS FROM ALTERS HARD DRIVE AND TO GET INDEPENDENT EXPERT REPORT COUNTER MOTION FOR PROTECTIVE ORDER AND TO SEAL SUPPLEMENTAL EXAMINATION REPORT OF COMPUTER EXPERT* |
| | 06A5154170173.tif pages |
| 08/28/2006 | **Renotice** |
| | *RENOTICE OF MOTIONS* |
| | 06A5154170174.tif pages |
| 08/29/2006 | **Reply** |
| | *PLAINTIFFS REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION TOREQUIRE PRODUCTION OR KEY DOCUMENTS FROM ALTERS HARD DRIVE AND TO GET INDEPENDENT EXPERT REPORT PLAINTIFFS OPPOSITION TO COUNTERMOTION TO PROTECTIVE ORDER M175* |
| | 06A5154170175.tif pages |
| 08/30/2006 | **Notice of Appeal** |
| | *NOTICE OF APPEAL* |
| | 06A5154170176.tif pages |
| 08/31/2006 | **Motion to Dismiss**  (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *LOUIS A HABASH'S MTN TO DISMISS COUNTERCLAIM Heard By: Timothy Williams* |
| | Result: Continuance Granted |
| 08/31/2006 | **Motion to Dismiss**  (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *PLTFS' & LOUIS HABASH'S MTN TO DISMISS DEFT'S CNTR CLAIM& MTN FOR ATTY FEES/24 Heard By: Timothy Williams* |
| | Result: Continuance Granted |
| 08/31/2006 | **Motion to Dismiss**  (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *PLTFS' MTN TO DISMISS ABUSE OF PROCESS CNTR CLAIM/25 Heard By: Timothy Williams* |
| | Result: Continuance Granted |
| 09/01/2006 | **Ex Parte** |
| | *EX PARTE APPLICATION FOR TWO BUSINESS DAY EXTENSION OF TIME TO FILE 1-OPPOSITION TO MOTION FOR STAY PENDING APPEAL AND 2-OPPOSITION TO MOTION FOR ORDER REQUIRING PLAINTIFFS TO POST BOND; ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME* |

|  | 06A5154170177.tif pages |
|---|---|
| 09/01/2006 | **Certificate** |
|  | *CERTIFICATE OF SERVICE VIA US MAIL AND FAX* |
|  | 06A5154170178.tif pages |
| 09/01/2006 | **Reply** |
|  | *DEFENDANTS SURREPLY TO PLAINTIFFS OPPOSITION TO DEFENDANTS COUNTERMOTIONFOR PROTECTIVE ORDER AND TO SEAL SUPPLEMENTAL EXAMINATION REPORT OF COMPUTER EXPERT* |
|  | 06A5154170179.tif pages |
| 09/05/2006 | **Affidavit** |
|  | *AFFIDAVIT OF ERIC W SWANIS ESQ IN SUPPORT OF MOTION TO ASSOCIATE* |
|  | 06A5154170180.tif pages |
| 09/05/2006 | **Opposition** |
|  | *OPPOSITION TO LA PACIFICS MOTION FOR ORDER REQUIRING PLAINTIFFS TO POSTBOND TO MAINTAIN LIS PENDENS OR IN THE ALTERNATIVE FOR ORDER ACCEPTING EXISTING DEFENSE BOND OR ADDITIONAL UNDERTAKING TO CANCEL LIS PENDENS* |
|  | 06A5154170181.tif pages |
| 09/05/2006 | **Errata** |
|  | *ERRATA TO DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION TO REQUIREPRODUCTION OF KEY DOCUMENTS FROM ALTERS HARD DRIVE AND TO GET INDEPENDENT EXPERT REPORT AND COUNTERMOTION FOR PROTECTIVE ORDER AND TO SEAL SUPPLEMENTAL EXAMINATION REPORT OF COMPUTER EXPERT* |
|  | 06A5154170182.tif pages |
| 09/05/2006 | **Opposition** |
|  | *PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION FOR STAY PENDING APPEAL OF ORDER DENYING ARBITRATION* |
|  | 06A5154170183.tif pages |
| 09/05/2006 | **Order** |
|  | *ORDER ADMITTING PRACTICE* |
|  | 06A5154170184.tif pages |
| 09/05/2006 | **Motion** |
|  | *MOTION TO ASSOCIATE COUNSEL* |
|  | 06A5154170185.tif pages |
| 09/06/2006 | **Notice of Entry of Order** |
|  | *NOTICE OF ENTRY OF ORDER* |
|  | 06A5154170186.tif pages |
| 09/06/2006 | **Motion** (9:00 AM) () |
|  | *PLTF'S MTN TO REQUIRE PRODUCTION OF KEY DOCUMENTS/26 Relief Clerk: Jennifer Lott Reporter/Recorder: John Nagle Heard By: Thomas Biggar* |
|  | Parties Present |
|  | Minutes |
|  | Result: Denied |
| 09/07/2006 | **Motion to Dismiss** (9:00 AM) (Judicial Officer Williams, Timothy C.) |
|  | *LOUIS A HABASH'S MTN TO DISMISS COUNTERCLAIM Heard By: Timothy Williams* |
|  | Result: Continuance Granted |
| 09/07/2006 | **Motion to Dismiss** (9:00 AM) (Judicial Officer Williams, Timothy C.) |
|  | *PLTFS' & LOUIS HABASH'S MTN TO DISMISS DEFT'S CNTR CLAIM& MTN FOR ATTY FEES/24 Heard By: Timothy Williams* |
|  | Result: Continuance Granted |
| 09/07/2006 | **Motion to Dismiss** (9:00 AM) (Judicial Officer Williams, Timothy C.) |
|  | *PLTFS' MTN TO DISMISS ABUSE OF PROCESS CNTR CLAIM/25 Heard By: Timothy Williams* |
|  | Result: Continuance Granted |
| 09/08/2006 | **Case Appeal Statement** |
|  | *CASE APPEAL STATEMENT* |
|  | 06A5154170187.tif pages |
| 09/11/2006 | **Reply** |
|  | *DEFENDANTS REPLY MEMORANDUM TO PLAINTIFFS OPPOSITION TO MOTION FOR STAY PENDING APPEAL OF ORDER DENYING ARBITRATION* |
|  | 06A5154170188.tif pages |
| 09/11/2006 | **Affidavit in Support** |
|  | *AFFIDAVIT OF ERIC W SWANIS ESQ IN SUPPORT OF DEFENDANTS REPLY MEMORANDUMTO PLAINTIFFS OPPOSITION TO MOTION FOR STAY PENDING APPEAL OF ORDER DENYING ARBITRATION AND REPLY MEMORANDUM TO PLAINTIFFS OPPOSIION TO MOTION FOR ORDER REQUIRING PLAINTIFFS TO POST BOND TO MAINTAIN LIS PENDEN OR IN THE ALTERNATIVE FOR ORDER ACCEPTING EXISTING DEFENSE BOND OR ADDITIONAL UNDERTAKING TO CANCEL LIS PENDENS* |
|  | 06A5154170189.tif pages |
| 09/11/2006 | **Reply** |
|  | *L A PACIFICS REPLY TO PLAINTIFFS OPPOSITION TO MOTION FOR ORDER REQUIRINGPLAINTIFFS TO POST BOND TO MAINTAIN LIS PENDENS OR IN THE ALTERNATIVE FOR ORDER ACCEPTING EXISTING BOND OR ADDITOINAL UNDERTAKING TO CANCEL LIS PENDENS* |
|  | 06A5154170190.tif pages |
| 09/12/2006 | **Notice** |
|  | *NOTICE OF FILING OF REPORTERS TRANSCRIPT* |
|  | 06A5154170191.tif pages |
| 09/19/2006 | **Motion** (9:00 AM) (Judicial Officer Williams, Timothy C.) |
|  | *DEFT L.A. PACIFIC'S MTN FOR ORDER TO POST BOND TO MAINTAIN LIS PENDENS/27 Heard By: Timothy Williams* |
|  | Result: Denied |

| | |
|---|---|
| 09/19/2006 | **Motion to Stay** (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *DEFTS' MTN FOR STAY PENDING APPEAL/28 Heard By: Timothy Williams* |
| | Result: Denied |
| 09/19/2006 | **All Pending Motions** (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *ALL PENDING MOTIONS 9/19/06 Court Clerk: Nancy Noble Reporter/Recorder: Peggy Isom Heard By: Timothy Williams* |
| | Parties Present |
| | Minutes |
| | Result: Matter Heard |
| 09/20/2006 | **Motion** |
| | *ALL PENDING MOTIONS 9/19/06* |
| | 06A5154170192.tif pages |
| 09/26/2006 | **Amended Notice** |
| | *AMENDED NOTICE OF MOTIONS* |
| | 06A5154170193.tif pages |
| 09/29/2006 | **Motion** |
| | *DEFT'S MTN TO LODGE EXHIBITS/30* |
| | 06A5154170195.tif pages |
| 10/03/2006 | **Order Denying** |
| | *ORDER DENYING DEFENDANTS MOTION FOR ORDER REQUIRING PLAINTIFFS TO POSTBOND TO MAINTAIN LIS PENDENS OR IN THE ALTERNATIVE FOR ORDER ACCEPTING EXISTING DEFENSE BOND OR ADDITIONAL UNDERTAKING TO CANCEL LIS PENDENS* |
| | 06A5154170196.tif pages |
| 10/04/2006 | **Notice of Entry of Order** |
| | *NOTICE OF ENTRY OF ORDER* |
| | 06A5154170197.tif pages |
| 10/05/2006 | **Motion to Dismiss** (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *LOUIS A HABASH'S MTN TO DISMISS COUNTERCLAIM Heard By: Timothy Williams* |
| | Result: Continuance Granted |
| 10/05/2006 | **Motion to Dismiss** (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *PLTFS' & LOUIS HABASH'S MTN TO DISMISS DEFT'S CNTR CLAIM& MTN FOR ATTY FEES/24 Heard By: Timothy Williams* |
| | Result: Continuance Granted |
| 10/05/2006 | **Motion to Dismiss** (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *PLTFS' MTN TO DISMISS ABUSE OF PROCESS CNTR CLAIM/25 Heard By: Timothy Williams* |
| | Result: Continuance Granted |
| 10/09/2006 | **Order Denying** |
| | *ORDER DENYING DEFENDANTS MOTION FOR STAY PENDING APPEAL OF ORDER DENYING ARBITRATION* |
| | 06A5154170198.tif pages |
| 10/09/2006 | **Opposition** |
| | *PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO LODGE EXHIBITS ON ORDER SHORTENING TIME* |
| | 06A5154170199.tif pages |
| 10/10/2006 | **Reply** |
| | *DEFENDANTS REPLY TO PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO LODGE EXHIBITS ON ORDER SHORTENING TIME* |
| | 06A5154170200.tif pages |
| 10/10/2006 | **Receipt of Copy** |
| | *RECEIPT OF COPY* |
| | 06A5154170201.tif pages |
| 10/10/2006 | **Receipt of Copy** |
| | *RECEIPT OF COPY* |
| | 06A5154170202.tif pages |
| 10/10/2006 | **Receipt of Copy** |
| | *RECEIPT OF COPY* |
| | 06A5154170203.tif pages |
| 10/10/2006 | **Receipt of Copy** |
| | *RECEIPT OF COPY* |
| | 06A5154170204.tif pages |
| 10/11/2006 | **Affidavit in Support** |
| | *DECLARATION OF WILL KEMP IN SUPPORT OF OPPOSITION TO DEFENDANTS MOTION TO LODGE EXHIBITS* |
| | 06A5154170206.tif pages |
| 10/11/2006 | **Notice** |
| | *NOTICE OF FILING OF REPORTERS TRANSCRIPT* |
| | 06A5154170207.tif pages |
| 10/12/2006 | **Motion** (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *DEFT'S MTN TO LODGE EXHIBITS/30 Court Clerk: Nancy Noble Heard By: Timothy Williams* |
| | Parties Present |
| | Minutes |
| | Result: Motion Granted |
| 10/13/2006 | **Amended Notice** |
| | *SECOND AMENDED NOTICE OF MOTIONS* |
| | 06A5154170208.tif pages |
| 10/13/2006 | **Notice of Entry of Order** |
| | *NOTICE OF ENTRY OF ORDER DENYING DEFENANTS MOTION FOR STAY PENDING APPEAL OF ORDER DENYING ARBITTRATION* |

| | |
|---|---|
| | 06A5154170209.tif pages |
| 10/18/2006 | **Order Granting** |
| | *ORDER GRANTING DEFENDANTS MOTION TO LODGE EXHIBITS* |
| | 06A5154170210.tif pages |
| 10/19/2006 | **Notice of Entry of Order** |
| | *NOTICE OF ENTRY OF ORDER* |
| | 06A5154170211.tif pages |
| 10/24/2006 | **Discovery Commissioners Report and Recommendations** |
| | *DISCOVERY COMMISSIONERS REPORT AND RECOMMENDATIONS* |
| | 06A5154170212.tif pages |
| 11/02/2006 | **Reply** |
| | *PLAINTIFFS REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS* |
| | 06A5154170213.tif pages |
| 11/02/2006 | **Reply** |
| | *REPLY IN SUPPORT OF PLAINTIFFS SPECIAL MOTION TO DISMISS DEFENDANTSCOUNTERCLAIM AS A STRATEGIC LAWSUIT AGAINST PUBLIC PARTICIPATION SLAPP PURS TO NRS 41.660 REPLY IN SUPPORT OF MOTION FOR ATTORNEYS FEES* |
| | 06A5154170214.tif pages |
| 11/02/2006 | **Reply** |
| | *REPLY IN SUPPORT OF MOTION TO DISMISS ABUSE OF PROCESS COUNTERCLAIM* |
| | 06A5154170215.tif pages |
| 11/02/2006 | **Motion to Dismiss**  (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *LOUIS A HABASH'S MTN TO DISMISS COUNTERCLAIM Heard By: Timothy Williams* |
| | Result: Continuance Granted |
| 11/02/2006 | **Motion to Dismiss**  (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *PLTFS' & LOUIS HABASH'S MTN TO DISMISS DEFT'S CNTR CLAIM & MTN FOR ATTY FEES/24 Heard By: Timothy Williams* |
| | Result: Continuance Granted |
| 11/02/2006 | **Motion to Dismiss**  (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *PLTFS' MTN TO DISMISS ABUSE OF PROCESS CNTR CLAIM/25 Heard By: Timothy Williams* |
| | Result: Continuance Granted |
| 11/06/2006 | **Opposition** |
| | *OPPOSITION TO MOTION 1-TO COMPEL ANSWERS TO FIRST SET OF INTERROGATORIES 2-TOCOMPEL DOCUMENT PRODUCTION TO FIRST SET OF REQUESTS FOR PRODUCTION AND 3-FOR SANCTIONS REQUEST FOR AN AWARD OF DEFENDANTS REASONABLE REES AND COSTS IN OPPOSING PLAINTIFFS MOTION* |
| | 06A5154170216.tif pages |
| 11/06/2006 | **Notice** |
| | *NOTICE OF CHANGE OF DESIGNATED NEVADA COUNSEL* |
| | 06A5154170217.tif pages |
| 11/06/2006 | **Affidavit in Support** |
| | *AFFIDAVIT OF ERIC SWANIS ESQ IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION TO COMPEL* |
| | 06A5154170218.tif pages |
| 11/07/2006 | **Errata** |
| | *ERRATA TO 1-OPPOSITION OF COUNTERCLAIMANT L A PACIFIC TO LOUISHABASHS MOTION TO DISMISS COUNTERCLAIMS AND 2-DEFENDANTS OPPOSITION TO PLAINTIFFS SPECIAL MOTION TO DISMISS COUNTERCLAIM AS A SLAPP PURSUANT TO NRS 41.660* |
| | 06A5154170219.tif pages |
| 11/09/2006 | **Motion** |
| | *ALL PENDING MOTIONS 11/9/06* |
| | 06A5154170220.tif pages |
| 11/09/2006 | **Motion to Dismiss**  (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *LOUIS A HABASH'S MTN TO DISMISS COUNTERCLAIM Heard By: Timothy Williams* |
| | Result: Off Calendar |
| 11/09/2006 | **Motion to Dismiss**  (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *PLTFS' & LOUIS HABASH'S MTN TO DISMISS DEFT'S CNTR CLAIM & MTN FOR ATTY FEES/24 Heard By: Timothy Williams* |
| | Result: Off Calendar |
| 11/09/2006 | **Motion to Dismiss**  (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *PLTFS' MTN TO DISMISS ABUSE OF PROCESS CNTR CLAIM/25 Heard By: Timothy Williams* |
| | Result: Off Calendar |
| 11/09/2006 | **All Pending Motions**  (9:00 AM) (Judicial Officer Williams, Timothy C.) |
| | *ALL PENDING MOTIONS 11/9/06 Relief Clerk: Melissa Swinn Heard By: Timothy Williams* |
| | Minutes |
| | Result: Matter Heard |
| 11/14/2006 | **Receipt of Copy** |
| | *RECEIPT OF COPY* |
| | 06A5154170222.tif pages |
| 11/14/2006 | **Notice** |
| | *NOTICE OF VACATING HEARING* |
| | 06A5154170223.tif pages |
| 03/09/2007 | **Reporter's Transcript** |
| | *TRANSCRIPT* |
| | 06A5154170224.tif pages |
| 04/11/2007 | **Reporter's Transcript** |
| | *REPORTER'S TRANSCRIPT OF MOTIONS* |

|  | 06A5154170225.tif pages |
| 04/11/2007 | **Reporter's Transcript** |
|  | *REPORTER'S TRANSCRIPT OF MOTIONS* |
|  | 06A5154170226.tif pages |
| 04/18/2007 | **Reporter's Transcript** |
|  | *REPORTER'S TRANSCRIPT OF MOTIONS* |
|  | 06A5154170227.tif pages |
| 07/11/2007 | **Change of Address** |
|  | *NOTICE OF CHANGE OF ADDRESS* |
|  | 06A5154170228.tif pages |
| 11/21/2008 | **Judgment** |
|  | *CLERK'S CERTIFICATE REVERSED/REMANDED* |
|  | 06A5154170230.tif pages |
| 11/21/2008 | **Judgment** |
|  | *CLERK'S CERTIFICATE REVERSED/REMANDED* |
|  | 06A5154170231.tif pages |
| 11/21/2008 | **Judgment** |
|  | *CLERK'S CERTIFICATE REVERSED/REMANDED* |
|  | 06A5154170232.tif pages |
| 11/21/2008 | **Judgment** |
|  | *CLERK'S CERTIFICATE REVERSED/REMANDED* |
|  | 06A5154170233.tif pages |
| 11/21/2008 | **Judgment** |
|  | *CLERK'S CERTIFICATE REVERSED/REMANDED* |
|  | 06A5154170234.tif pages |
| 11/21/2008 | **Judgment** |
|  | *CLERK'S CERTIFICATE REVERSED/REMANDED* |
|  | 06A5154170235.tif pages |
| 07/30/2009 | **Notice** |
|  | *(1) Notice of Lodging Interim Arbitration Award and (2) Status Report* |
| 08/25/2009 | **Request for Trial De Novo** |
|  | *Request for Trial de Novo* |
| 08/25/2009 | **Motion** |
|  | *Motion To Lift Stay To File Request For Trial De Novo* |
| 09/03/2009 | **Motion to Withdraw As Counsel** |
|  | *Motion to Withdraw As Counsel for Plaintiffs* |
| 09/15/2009 | **Opposition** |
|  | *Defendants' Opposition to Plaintiffs' Motion to Lift Stay to File Request for Trial de Novo* |
| 09/22/2009 | **Notice of Hearing** |
|  | *Amended Notice of Hearing* |
| 10/07/2009 | **Motion to Withdraw as Counsel**  (8:30 AM) (Judicial Officer Bell, Linda) |
|  | *Richerd I. Dreitzer Esq's Motion to Withdraw As Counsel for Plaintiff's* |
|  | <u>Parties Present</u> |
|  | <u>Minutes</u> |
|  | Result: Motion Granted |
| 10/21/2009 | **Notice of Entry of Order** |
|  | *Notice of Entry of Order* |
| 10/27/2009 | **Motion**  (8:30 AM) (Judicial Officer Bell, Linda) |
|  | *Plaintiff and Counter Defendant Louis Habash's Motion To Lift Stay To File Request For Trial De Novo* |
|  | <u>Parties Present</u> |
|  | <u>Minutes</u> |
|  | *09/25/2009  Reset by Court to 10/27/2009* |
|  | Result: Denied |
| 10/28/2009 | **Reporter's Transcript** |
|  | *Transcript of Plaintiff and Counter Defendant Louis Habash's Motion to Lift Stay to File Request for Trial de Novo* |
| 11/06/2009 | **Notice of Bankruptcy** |
|  | *Notice of Filing Bankruptcy* |

**FINANCIAL INFORMATION**

| 02/09/2006 | Conversion Payment | Receipt # 01228768 | MARQUIS & AURBACH ATTORNEYS AT LAW | (101.00) |
| 02/24/2006 | Conversion Payment | Receipt # 01233356 | Mark A James | (12.00) |
| 03/29/2006 | Conversion Payment | Receipt # 01244206 | BULLIVANT HOUSER BAILEY PC | (15.00) |
| 04/27/2006 | Conversion Payment | Receipt # 01254073 | MARQUIS & AURBACH ATTORNEYS AT LAW | (101.00) |
| 07/26/2006 | Conversion Payment | Receipt # 01281803 | BULLIVANT HOUSER BAILEY PC | (101.00) |
| 08/30/2006 | Conversion Payment | Receipt # 01293371 | GREENBERG TRAURIG, LLP | (24.00) |
| 03/02/2007 | Conversion Payment | Receipt # 01341627 | CASH ACCOUNT | (1.00) |
| 04/17/2007 | Conversion Payment | Receipt # 01350539 | LEGAL WINGS | (90.00) |
| 04/19/2007 | Conversion Payment | Receipt # 01351088 | CASH ACCOUNT | (7.00) |
| 04/19/2007 | Conversion Payment | Receipt # 01351089 | CASH ACCOUNT | (21.00) |
| 04/20/2007 | Conversion Payment | Receipt # 01351506 | LEGAL WINGS | (30.00) |
| 05/11/2007 | Conversion Payment | Receipt # 01355744 | CASH ACCOUNT | (5.00) |